UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 22-17438-LMI
**Erik Alexander Rivera**  CHAPTER 13
XXX-XX-6298

                   **Debtor**              /

### EMERGENCY MOTION TO RE-OPEN AND REINSTATE CHAPTER 13 CASE
*(Foreclosure Sale Date scheduled for 05/15/2023)*

**COMES NOW**, the Debtor, **ERIK ALEXANDER RIVERA**, by and through the undersigned counsel, and files this *Motion to Reinstate Case* (the "Motion"), pursuant to Rule 60 of the Federal Rules of Civil Procedure made applicable through Rule 9024 of the Federal Rule of Bankruptcy Procedure, and in support thereof states as follows:

1. On September 23, 2022, the Debtor filed his voluntary petition [ECF No. 1] for relief under Chapter 13 of the Bankruptcy Code.

2. That this case was dismissed on February 16, 2023, 2023 [ ECF No. 42] on the grounds that the Debtor had failed to provide required documentation and comply with the Trustee's deadlines.

3. That the Standing Chapter 13 Trustee's deadline required not only the Debtor but also the non-filing spouse to amend their 2020 and 2021 Federal Tax Returns by a specific date.

4. That the Debtor and his non-filing spouse were not able to meet the imposed deadline as both had to consult a tax professional, understand why they both needed to amend their Federal Tax Returns and the repercussions for said amendments.

5. That the Debtor and his non-filing have now filed their amended Federal Tax Returns

and are prepared and able to comply with the rules and procedures of the Standing Chapter 13 Trustee and this Court.

6. Further, it has been the Debtor's intention from the commencement of the instant case to participate in the Mortgage Modification Mediation (hereinafter "MMM") program. However, the bankruptcy dismissal order case was entered prior to the review of modification packet and prior to the scheduled first mediation. It is still the Debtor's intention to participate in the MMM program in order to try and modify his homestead property mortgage.

7. That as of the filing of this Motion, the Debtor has submitted all pending documents and information requested by the Standing Chapter 13 Trustee and that Undersigned Counsel is holding $4,002.85, in trust, bringing the Debtor current with his Chapter 13 plan payments.

8. That the Debtor is currently employed and is able to fund his proposed Chapter 13 plan.

9. That the Debtor is asking to have this Motion heard on an emergency basis since there is a foreclosure sale scheduled for May 16, 2023, at 9:30 a.m.

WHEREFORE, the Debtor, **ERIK ALEXANDER RIVERA**, respectfully requests that this Motion to Re-Open and Reinstate Case be granted by this Court.

**CERTIFICATE OF SERVICE AND COMPLIANCE**

      I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A). I hereby further certify that on May **11, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel, via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: May 11, 2023                Respectfully submitted,

                                            **CAVA LAW, LLC.**

                                            /s/ *Christina Vilaboa-Abel*
                                    CHRISTINA VILABOA-ABEL (FBN 103185)
                                    VANESSA C. ANGULO (FBN 109012)
                                    ALESSANDRA DUMENIGO (FBN 1034800)
                                    ATTORNEYSW FOR DEBTOR
                                    1390 SOUTH DIXIE HIGHWAY, SUITE 1110
                                    CORAL GABLES, FLORIDA 33146
                                    TEL./FAX: 786.675.6830 / 786.384.6909
                                    ESERVICE@CAVALEGAL.COM